Jennifer A. Hradil, Esq.
Justin T. Quinn, Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102
Telephone: (973) 596-4500

James P. Gillespie, P.C., D.C. Bar 427773
Emily P. Hughes, D.C. Bar 984580
**KIRKLAND & ELLIS LLP**
655 Fifteenth Street N.W.
Washington, D.C. 20005
Telephone: (202) 879-5000
(*pro hac vice applications pending*)

*Attorneys for Individual Defendants
and Nominal Defendant*



## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DENNIS PALKON, Derivatively on Behalf of WYNDHAM WORLDWIDE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>STEPHEN P. HOLMES, ERIC A. DANZIGER, SCOTT G. MCLESTER, JAMES E. BUCKMAN, MICHAEL H. WARGOTZ, GEORGE HERRERA, PAULINE D.E. RICHARDS, MYRA J. BIBLOWIT, BRIAN MULRONEY, STEVEN A. RUDNITSKY, and DOES 1-10,<br><br>Individual Defendants,<br><br>-and-<br><br>WYNDHAM WORLDWIDE CORPORATION, a Delaware corporation,<br><br>Nominal Defendant. | Civil Action No.: 2:14-CV-01234 (SRC) (CLW)<br><br>***Document Filed with Clerk of Court***<br><br>**Return Date: June 2, 2014**<br><br>**NOTICE OF MOTION TO DISMISS BY INDIVIDUAL DEFENDANTS AND NOMINAL DEFENDANT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 23.1(b) AND 12(b)(6)** |

**PLEASE TAKE NOTICE** that on June 2, 2014, or on a date and time to be set by the Court, Defendants Stephen P. Holmes, Eric A. Danziger, Scott G. McLester, James E. Buckman, Michael H. Wargotz, George Herrera, Pauline D.E. Richards, Myra J. Biblowit, Brian Mulroney, and Steven A. Rudnitsky (the "Individual Defendants") and Wyndham Worldwide Corporation ("Nominal Defendant"), by and through their attorneys, Gibbons, P.C., will move before the United States District Court for the District of New Jersey for an Order dismissing Plaintiff's Complaint pursuant to Rules 23.1(b) and 12(b)(6) of the Federal Rules of Civil Procedure.

**PLEASE TAKE FURTHER NOTICE** that, in support of its Motion, Defendants will rely upon the accompanying Memorandum of Law, Declaration of Jennifer A. Hradil, Esq., as well as the Exhibits attached thereto, and all other pleadings and memoranda on file in this matter.

**PLEASE TAKE NOTICE** that oral argument is requested.

**PLEASE TAKE NOTICE** that a proposed form of Order is submitted herewith.

**PLEASE TAKE NOTICE** that a Certification attesting to the date and manner of service is also submitted herewith.

Dated: May 5, 2014

Respectfully submitted,

By: _____
Jennifer A. Hradil, Esq.
Justin T. Quinn, Esq.
GIBBONS P.C.
One Gateway Center
Newark, NJ 07102-5310
(973) 596-4500
jhradil@gibbonslaw.com
jquinn@gibbonslaw.com

                                      James P. Gillespie, P.C., D.C. Bar 427773
                                      Emily P. Hughes, D.C. Bar 984580
                                      KIRKLAND & ELLIS LLP
                                      655 Fifteenth Street N.W.
                                      Washington, D.C.  20005
                                      Telephone: (202) 879-5000
                                      james.gillespie@kirkland.com
                                      emily.hughes@kirkland.com
                                      (*pro hac vice applications pending*)

                                      *Attorneys for Individual Defendants*
                                      *and Nominal Defendant*