CLOSED

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DENNIS PALKON, Derivatively on Behalf of WYNDHAM WORLDWIDE CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> STEPHEN P. HOLMES, ERIC A. DANZIGER, SCOTT G. MCLESTER, JAMES E. BUCKMAN, MICHAEL H. WARGOTZ, GEORGE HERRERA, PAULINE D.E. RICHARDS, MYRA J. BIBLOWIT, BRIAN MULRONEY, STEVEN A. RUDNITSKY, AND DOES 1-10, <br><br> Individual Defendants, <br><br> -and- <br><br> WYNDHAM WORLDWIDE CORPORATION, a Delaware corporation, <br><br> Nominal Defendant. | Civil Action No. 2:14-CV-01234 (SRC) <br><br> **ORDER** |

**CHESLER**, District Judge

This matter comes before the Court upon the motion filed by Defendants Myra J. Biblowit, James E. Buckman, Eric A. Danziger, George Herrera, Stephen P. Holmes, Scott G. McLester, Brian Mulroney, Pauline D.E. Richards, Steven A. Rudnitsky, Michael H. Wargotz, and Wyndham Worldwide Corporation (collectively "Defendants") pursuant to Rules 23.1(b)

1

and 12(b)(6) of the Federal Rules of Civil Procedure to dismiss the Complaint filed by Plaintiff Dennis Palkon ("Plaintiff"); Plaintiff opposed the motion; the Court has considered the papers filed by the parties in connection with this motion; and the Court has proceeded to rule without oral argument, pursuant to Federal Rule of Civil Procedure 78; and for the reasons expressed in the Opinion filed herewith,

**IT IS** on this 20th day of October, 2014,

**ORDERED** that Defendants' motion to dismiss [docket entry 14] be and hereby is **GRANTED**; and it is further

**ORDERED** that all claims in the Complaint are dismissed with prejudice pursuant to Federal Rules of Civil Procedure 23.1(b) and 12(b)(6).

                                                         s/ Stanley R. Chesler
                                                      STANLEY R. CHESLER
                                                   United States District Judge